NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND SLAYTON,**
*Petitioner*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent*

---

2023-1814

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-17-0370-I-1.

---

**JUDGMENT**

---

JENNIFER DUKE ISAACS, Melville Johnson, P.C., Atlanta, GA, for petitioner.

MEREDYTH COHEN HAVASY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO, *Circuit Judge,* and SCHROEDER, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Robert W. Schroeder III, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.